# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROOSEVELT CANNADY                                                    PLAINTIFF

v.                              No. 3:18-cv-221-DPM

SAVINGS OIL COMPANY;
FEDERATED INSURANCE;
DODGE'S STORE; JAMES
DANIELS, f/d/b/a ABC
Contracting Services; and
EFRAIN BOLANOS, f/d/b/a
Bolanos Remodeling Services                                         DEFENDANTS

## ORDER

1. Cannady's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford the filing fee.

2. The Court must screen Cannady's complaint, 28 U.S.C. § 1915(e)(2). He fails to state a claim. Cannady wants $2,000,000 from the defendants on a negligence theory: he says they aren't doing their jobs and "[p]hysical[ly] harm[ed]" him. № 2 at 4. But he doesn't say how he was harmed or who harmed him; he doesn't give enough details to give rise to any legal claim. The Court will dismiss this case without prejudice unless Cannady files an amended complaint by 15 January 2019. His complaint must contain a short and plain statement of facts that show a plausible violation of some particular law. 28 U.S.C. § 1915(e)(2)(B)(ii).

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2018