IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT CANNADY                                          PLAINTIFF

v.                         No. 3:18-cv-221-DPM

SAVINGS OIL COMPANY;
FEDERATED INSURANCE;
DODGE'S STORE; JAMES
DANIELS, f/d/b/a ABC
Contracting Services; and
EFRAIN BOLANOS, f/d/b/a
Bolanos Remodeling Services                                DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

18 January 2019