IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT CANNADY                                      PLAINTIFF

v.                      No. 3:18-cv-221-DPM

SAVINGS OIL COMPANY;
FEDERATED INSURANCE;
DODGE'S STORE; JAMES
DANIELS, f/d/b/a ABC
Contracting Services; and
EFRAIN BOLANOS, f/d/b/a
Bolanos Remodeling Services                            DEFENDANTS

ORDER

Cannady has filed a proposed amended complaint. It came a few days late. The Court construes the paper as a request to reopen this case. The Court has considered the new paper and the original complaint.

Cannady appears to have been injured during construction work at a Dodge's Store in West Memphis. He seeks $2,000,000.00 in damages from the Store, Savings Oil, Federated Insurance, and two contractors. Cannady says that Dodge's Store is an Arkansas corporation. If so, there is no complete diversity of citizenship between all parties because Cannady is an Arkansawyer, too. Even if Cannady is mistaken about the citizenship of Dodge's Store, he pleads no facts about the citizenship of Savings, Federated, or the two contractors. The

Court can't guess about the parties' citizenship. The law requires complete diversity, 28 U.S.C. § 1332, and Cannady must plead facts showing that this Court has subject matter jurisdiction, FED. R. CIV. P. 8(a)(1); *Nucor Corporation v. Nebraska Public Power District*, 891 F.2d 1343, 1346 (8th Cir. 1989).

Motion to reopen, № 5, denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 January 2019