UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT CANNADY                                                                PLAINTIFFS

V.                                      NO. 3:18-cv-221 JM

SAVINGS OIL COMPANY;
FEDERATED INSURANCE;
DODGE'S STORE; JAMES DANIELS,
f/d/b/a ABC Contracting Services;
and EFRAIN BOLANOS,
f/d/b/a Bolanos Remodeling Services                                              DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this same day, the complaint is dismissed with prejudice.

It is so ordered, this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE